FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

## UNITED STATES DISTRICT COURT
For the
Northern District of Georgia
Atlanta Division

MAR 14 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Keisha M. Kinlocke
7052 N. Shore Drive
Lithonia GA 30058
**PLAINTIFF**

Case # 1:17-CV-0933

v.

Department of Veterans' Affairs
Secretary of the VA
Dr. David Shulkin
810 Vermont Avenue, NW
Washington DC 20420
**DEFENDANT**

COMPLAINT

This civil suit is being filed under section 15(d) of the Age Discrimination in Employment act of 1967, as amended;

I became aware of the most recent discriminatory action related to my age on/around 01/05/2017. However, this discrimination has been ongoing and retaliatory in nature and is not limited to my age only but is also based on by race, national origin, gender, my disability and status as a single parent.

On or around 01//05/2017 I logged on to MYPAY to download a copy of my W2. It was at this time that I noticed that there were TWO debt letters attached to my VA MYPAY account. Additionally, during a telephone conversation with a union representative on 01/13/2017, I became aware that a grievance filed on behalf of permanent full-time employees with job title Medical Support Assistance was successful and those employees were given an upgrade from GS5 to GS6. I was not given this upgrade. And after being injured at work and receiving workers' compensation benefits I have not been given any step increases or any bonuses. When I contacted HR (X1356), I was told by the individual on the other end that she did not know if I was eligible, told to hold on and cold transferred to another extension where I was greeted by voicemail. If HR cannot answer eligibility questions, then who can? OPM makes up policies and

1

procedures as they see fit but when asked for said policies and procedures, they cannot be produced. When my OWCP claim was accepted, the letter received from the Department of Labor clearly stated that I was eligible for ALL benefits that I had at the time of my injury to be reinstated. OPM continued to deny me reinstatement of my dental benefits citing policies and procedures until these were requested and they were not able to produce any such policies and procedures.

I have decided to forego the EEO process (as is my right) as I tried the EEO process before and was denied an investigation by Ms. Antoinette Bonton. Ms. Bonton claimed that my TMS class completed in 2012 (EEO was filed in mid 2015) was sufficient enough to educate me on the EEO process. My deteriorating mental health status and the fact that I was able to give enough medical reason to the Florida EEO office did not make any difference to Ms. Bonton. However, the fact that she shared office space with Ms. Leslie Wiggins, the VA Director at the time and a party named in the EEO complaint may have made a difference to Ms. Bonton.

Even my most recent contact with ORM seemed negative as I was given incorrect information either on purpose or through negligence.

Leslie Wiggins outright lied in writing to Congressman Hank Johnson and stated that I was actively arguing with the individual when she assaulted me. She also states that this individual acted appropriately. This signed letter can be provided to the court as evidence. The police report shows that this person left their work station and walked over to my work station where I was still seated. If I was still actively arguing with this person, I would have been more prepared for the assault. The Police report with pictures can also be provided to the court. Leslie Wiggins also falsified her statement to the office of Johnny Isaakson where she assured the senator that I was being fee'd out for dental services and was very happy with the services. A consult was placed in my medical file at the VA but that is as far as it went. No treatment was ever authorized by the VA and I have tried unsuccessfully on many occasions to have a new consult placed so that I can receive treatment. Additionally, I was scheduled for optometry services by the VA at the Thomas Eye Group and went to the appointment. I was told at that time that they were no longer working with the VA and one of the front desk staff contacted a point of contact within the VA who informed her that I had VSP and should go ahead and use those benefits. I had not reinstated my vision benefits so my vision benefits were not active at the time of this appointment so this was a total waste of time and effort. And another act of negligence and discrimination on the part of VA employees.

As I have stated before, this discrimination is ongoing and involves several individuals at the Atlanta VA Medical Center on Clairmont Road in Decatur, Georgia.

2

I.  On 03/13/2014, Elise Dent violated my rights by committing physical assault on my person causing physical injuries to my face, right arm and chest, PTSD, Acute Stress Disorder and damaging the prescription glasses I was wearing at the time of the assault.  On the day following the assault, Elise Dent sent a text message to my cellphone in which she apologized for her actions. The text message will be provided to the court as evidence. Elise Dent continues to work at the Atlanta VA and has never received any penalty for her actions on 03/13/2014. She was actually working in the same department where she assaulted me until I reached out to the office of the President.  It was only at this time that she was reassigned to Ft. McPherson. Leslie Wiggins in her statement to the President stated that Ms. Dent had been moved but failed to disclose that this reassignment only occurred after my letter to the President.

II.  Failure to enforce VA Policy - The VA Medical Center, under the direction of Leslie Wiggins, fails to penalize employees who violate the VA policy against Violence in the Workplace.

III.  Failure to enforce VA Policy - The VA Medical Center, under the direction of Leslie Wiggins, fails to penalize employees who violate the VA policy the VA policy against Employee on Employee Violence.

IV.  Failure to enforce VA Policy - The VA Medical Center, under the direction of Leslie Wiggins, fails to penalize employees who violate the VA policy and the VA policy against Intimidating and Disruptive behavior.

V.  Failure to ensure my right to a safe work environment – Because I was physically assaulted and since the individual who assaulted me was not penalized and/or terminated, I began having panic attacks, anxiety and fear while at the VA.  These episodes were fully documented by VA Doctors Dr. Michael Miller, Dr. Alma Grewal and Dr. Lisa Ferdinand. After assaulting me, Elise Dent was able to continue going to work with no fear of being penalized for her actions against me.  The VA will not be able to penalize anyone who commits this type of violation as other employees are aware that these policies are never enforced.

VI.  Failure to ensure my treatment at the Atlanta VA Medical Center – As a service connected disabled veteran, I am entitled to receive treatment at the VA Medical Center. Prior to my assault, I was treated by a Primary Care Physician, Dermatology, the Sleep Clinic, Women's' Wellness, Behavioral Health, Physical Medicine and Rehabilitation and received equipment and medications prescribed by my various providers.  I am now eligible for dental treatment. Since this assault, I have been unable to visit the Atlanta VA Medical Center for any treatment.

VII.    Failure to protect my right to Workers' Compensation as a federal employee who was physically assaulted while performing my duties at the VA Medical Center – It is my claim that my supervisor (Laura Lee) willfully falsified her official statement to the Department of Labor Workers' Compensation Department. In her statement, Laura Lee states that there was a departmental investigation into my assault. I have requested a copy of this investigative report, and these requests have been ignored by both the VA Director, Leslie Wiggins and my supervisor, Laura Lee.

VIII.    Failure to substantiate statements made to the Department of Labor with supporting documents - In her statement to the Department of Labor, Priscilla Zahn selected the check box which states: "Was the employees' injury caused by the employees' willful misconduct, intoxication or the employees' intent to cause injury to self or others"? It is my claim that Priscilla Zahn knowingly falsified an official document to the Department of Labor. On 03/13/2014, Priscilla Zahn took written statements from myself and Elise Dent. There were patients and one other employee who witness the assault. Also, Elise Dent physically walked at least ten feet from her work station to my work station to commit the assault. Priscilla Zahn approved MY authorized absence for the remainder of the day of the assault and the two following days, 03/14/2014 and 03/15/2014. After the VA police completed their investigation, Elise Dent was ticketed and charges filed with the US attorney for battery.

IX.    Harassment by Laura Lee and John Bangert – After my claim for workers' compensation, I received an email from Laura Lee stating that I needed to provide FMLA paperwork from my medical provider, which is not so. Medical documentation is all that is required and I have always made certain that this documentation was always current. Even with my medical documentation, Laura Lee failed to account for my time for approximately nine (9) weeks. And even though I informed the Atlanta VA of the error, it has yet to be corrected.

X.    Failure to turn over requested copy of departmental investigation of the assault on my person, committed by Elise Dent on 03/13/2014 - On several occasions, I sent emails requesting the investigative report that was allegedly completed by Priscilla Zahn after my assault. My emails were either ignored or forwarded to individuals who were not in possession of requested document or who lacked the authority to provide said document. As the victim of a crime and citing the Freedom of Information Act, I am entitled to a copy of the alleged report.

XI.    Failure to turn over provided medical documentation to Workers' Compensation and refusing to return paperwork when requested in writing - John Bangert (VA Workers' Compensation Representative) intentionally sabotaged my Workers' Compensation Claim by withholding my medical documentation. These documents were delivered to him on several occasions by Kimberlyn Rhodes. John Bangert failed to upload any documentation to the Department of Labor. When I was informed, in writing, by the

4

Department of Labor that no documentation was submitted with my claim, I contacted John Bangert and his supervisor (Sharon Pollock) and requested that all my paperwork be turned over to my representive (Jean Hanley, my mother). John Bangert turned over a small portion of my documentation and withheld the majority of my medical documentation and completed forms. When I again requested MY paperwork, I was advised by email to contact the Department of Labor and request a copy of my records, even though he (John Bangert) had never sent any records to them (DOL). In an email, John Bangert stated that he was unable to relinquish his hold on my paperwork (which was given to him with the intent purpose of fulfilling my documentation requirement for Workers' Compensation) because he needed this paperwork for a "working file" (even though he had already relinquished his hold on a portion of said "working file").

XII.    Conspiring with Department of Labor, Office of Workers' Compensation Program employee Frances Kennedy - It is my claim that John Bangert intentionally sent incomplete documentation to Frances Kennedy so that she would have to contact him by phone and or email. My claim is that during these communications, John Bangert and Frances Kennedy conspired to deny and delay my access to Workers' Compensation. As an injured party with an accepted Workers' Compensation claim, it is unacceptable that I am NOT receiving compensation for my time lost from work due to my assault.

XIII.   Even though I had an existing EEO claim of discrimination against the Atlanta VA employees named in this lawsuit, John Bangert was given free reign to continue his actions against me and continue managing my paperwork when logic states that he should not have had access to my files.

XIV.    Cancellation of Vision and Dental Plans – My children and I have lost access to vision and dental plans due to my inability to pay due to denial of my workers' compensation benefits due to the conspiracy between John Bangert and Frances Kennedy which was done with the approval of Atlanta VA Director, Leslie Wiggins. After twenty months, my claim for workers compensation was accepted and the letter received from the Department of Labor stated that I was eligible for all benefits that I had at the time of my injury/assault. At that time, November 2015, I attempted to have my dental benefit reinstated but was informed by FEDVIP and OPM that I was not eligible to have this benefit reinstated. Policies and procedures were cited as the reason for the denial of this reinstatement. At this time, I requested a copy of said policy and/or procedure and since there was none, my dental benefit was reinstated retroactive to July 2014. I have email conversations as proof. At one point, one individual stated that if the VA did some wrongdoing that the OPM representative had the discretion to reinstate my benefit. She still did not want to reinstate my benefit for some reason, telling me that I had to pay the premiums for the period when it was inactive as if I had asked her to pay on my behalf.

5

XV.    Causing extensive damage to my credit standing – Because I was not receiving compensation as entitled as an injured federal employee. I was unable to pay my bills which included my mortgage, car note, utilities, sustenance and transportation costs.

XVI.    Causing physical health problems - I began having stomach issues since this assault and the emotional assault received by John Bangert, Sharon Pollock, Laura Lee, Priscilla Zahn and Leslie Wiggins. I have had to undergo emergency surgery to remove my gallbladder due to this additional stress.

XVII.    Causing emotional stress to my minor child – My daughter is now under the care of a therapist because she has witnessed first-hand the effects that the financial stress has caused me.

XVIII.    Causing additional stress – As a veteran who was already service-connected for depression the additional stress caused by supervisor and upper management has been detrimental to my recovery. After the assault on my person on 3/13/2014, I made numerous attempts to contact Leslie Wiggins. All my attempts at contact were unsuccessful. When Ms. Wiggins took the position as VA Director, she assured us that she had an open-door policy and that she was willing to listen to the concerns of all VA Medical Center employees. Ms. Wiggins ignored my emails and when I contacted her office to schedule an appointment using the claimed open-door policy, my call was cold transferred to the office of Dr. David Bower. It was not until I reached out to the office of the President of the United States that Ms. Wiggins sent a letter to my home. In this letter, which I refer to as a nonresponsive response, Ms. Wiggins answer none of my concerns. Ms. Wiggins' letter is a two-page 'statement' that addresses nothing, answers nothing and responds to nothing.

XIX.    Causing undue financial hardship to me and my children – Because I have been unable to go to work because of my fear and stress, and because of my sabotaged Workers' Compensation claim, I have the added stress of being unable to meet my financial needs. On 18 December 2014, the Department of Labor reversed their initial denial and accepted my claim for workers' compensation based on the documents I personally mailed (Documents that were given to John Bangert for him to forward to the Department of Labor on my behalf).

XX.    Failure to keep an accurate recording of periods of leave without pay (LWOP) and failing to make corrections when notified (by email) of the error - On 29 December 2014, I sent an email notifying HR that there was a timekeeping error in my civilian earning statement. I received a response that the error would be corrected. As of 8 January 2015 the error has yet to be corrected. In an email dated 8 January 2014, John Bangert blames Laura Lee and a Mr. Banks for the timecard errors. This is an additional attempt to sabotage and delay payment due for Workers' Compensation.

There is a nine week gap in the timekeeping record where I am unaccounted for even though medical documentation has been consistently provided to my employer.

XXI.   My protected civil rights as a disabled veteran have been violated by my employer, the VA Medical Center in Atlanta.  The supervisor of the Physical Medicine and Rehabilitation Clinic (PM&R), Laura Lee, has a history of violating the protected rights of disabled veterans as will be shown by a previous lawsuit filed (and vindicated) by Monica Fultz and through the abusive emails sent to Crystal Dickens, Dr. Chloe Dent and Dr. Amy Lang.  The management of the VA Medical Center, including the Director (Leslie Wiggins), PM&R supervisor (Laura Lee), HR Workers' Compensation Representatives for the VA Medical Center (Sharon Pollock and John Bangert) have all conspired to ensure that my claim for compensation through Workers' Compensation is denied.

XXII.   It is also my claim that the VA sponsors seminars in which other federal agencies are shown effective ways to delay and or deny eligible employees of workers' compensation benefits.

XXIII.   Failure to get assistance from EEO personnel – I specifically requested assistance from an EEO representative (First name Antoinette) and was denied said assistance as "it was not her job".  But I was not surprised by the response as the EEO representatives at the VA work very closely with the director, Leslie Wiggins who is named in this suit.

It is my claim that I am experiencing this negative outcomes because I am not a white, American born applying for workers' compensation. John Bangert is a white, American born and Male and had NO difficulty having his claim for workers' compensation approved.

I am experiencing these negative actions because of the following attributes which I possess:

1.   I am NOT American by birth, but naturalized
2.   I am Black
3.   I am Female
4.   I am Jamaican born
5.   I am a single parent
6.   I am a 100% disabled veteran
7.   I am over the age of 40

It is also my claim that the VA has had seminars in which other government agencies are taught how to deny and/or delay workers' compensation claims for individuals who do not meet the all-American standards.

Also, it is my claim that the Atlanta VA should be made liable for their intentional infliction of emotional distress.  That the Atlanta VA Medical Center employees involved with this case

7

knowingly and deliberately acted with malice and deceit.  My children and I have experienced irreparable damages.


I am seeking the following outcomes:

Elise Dent, John Bangert, Sharon Pollock, Leslie Wiggins and Laura Lee should ALL be terminated for their actions and for exacerbating my original injuries.

All of my Lawyer fees should be covered by the Atlanta VA Medical Center.

All monies owed for health, vision and dental insurance by repaid by the Atlanta VA Medical Center.

All Advance Leave allotted to me in the past be forgiven.

All Annual Leave, Sick Leave, and Comp. Time used during this period be returned to me.

All investigations into wrongdoing by Atlanta VA Employees should be completed by the Atlanta VA Police and that there be no need for any departmental investigations.  Medical Doctors receive no training in completing criminal investigations.

The county or state police is contacted by VA police and a copy of the police report turned over with names and addresses of perpetrators and victims (with any existing pictures) for the state or county police to investigate and file charges as needed.

The Atlanta VA Medical Center should cover all late fees assessed by all utility companies, Mortgage Holder and Auto Financer.


Additionally, I am seeking compensatory damages in the amount of twenty million dollars and punitive damages in the amount of thirty million dollars.


While I continue to struggle to heal from the physical assault, my assaulter Elise Dent continues to prosper.  I continue to be victimized over and over again by management of the VA Medical Center.

8



# Office of Resolution Management

*Department of Veterans Affairs*

## AGE DISCRIMINATION IN EMPLOYMENT ACT NOTICE (ADEA)

Keisha Kinlocke
200I-0508-2017101569

You have alleged discrimination in employment because of age. You may choose to have your allegation handled through either:

- The EEO complaint process under 29 CFR, Part 1614, beginning with EEO counseling, or

- Through a civil action in U.S. District Court. If you choose this option, you must first file a notice of intent to sue with:

  **Equal Employment Opportunity Commission**
  **Office of Federal Operations**
  **Federal Sector Programs**
  **131 M Street, NE**
  **Fourth Floor, Suite 4NWO2F**
  **Washington, DC 20507-0100**

  or mail it to:

  **Equal Employment Opportunity Commission**
  **Office of Federal Operations**
  **Federal Sector Programs**
  **P. O. Box 19848**
  **Washington, D. C. 20036**

The notice of intent to sue must be filed within **180 calendar days** of the alleged discriminatory action. You must wait at least **30 calendar days** before filing the civil action in U.S. District Court.

The notice of intent to sue should be dated and must contain the following information:

1. Statement of intent to file a civil action under Section 15(d) of the Age Discrimination in Employment act of 1967, as amended;
2. Name, address and telephone number of the employee or applicant;
3. Name, address and telephone number of the complainant's designated representative, if any;
4. Name and location of the Federal agency or installation where the alleged discriminatory action occurred;
5. Date on which the alleged discriminatory action occurred;

6. Statement of the nature of the alleged discriminatory action(s); and
7. Signature of the complainant or the complainant's representative.

An aggrieved person may file an administrative age discrimination complaint with the agency pursuant to 29 C.F.R. Part 1614. If the aggrieved person elects to file an administrative complaint, s/he must first exhaust administrative remedies before s/he may file a civil action in U.S. District Court. **Exhaustion in an age case means that the complainant has pursued the administrative process to the point where a civil action may be filed, pursuant to 1614.201.**

An aggrieved person may bypass the administrative complaint process and file a civil action directly in U.S. District Court provided that the aggrieved person first provides the Commission with a written notice of intent to sue under the ADEA. The notice to the Commission must be filed within **180 calendar days** of the date of the alleged discriminatory action. Once a timely notice of intent to sue is filed with the Commission, the aggrieved person must wait at least **30 calendar days** before filing a civil action.

I received a copy of this notice.

_____          _____
Keisha Kinlocke                                              Date

This suit is being filed against the Department of Veterans' Affairs as an entity and not against the individuals who I allege to be guilty of acts of discrimination against me. I will provide the court at the appropriate time evidence to prove discrimination and defamation which will include statements made to both the office of Senator Isakson and congressman Hank Johnson. Email communication between myself and individuals at the office of Personnel Management (OPM), and other miscellaneous evidence as they become available.

It is my understanding that the Secretary of the VA is well insulated from the public, which includes process servers, but that General Counsel has accepted service on behalf of the Secretary of VA on numerous occasions. And that this is acceptable service by the court as they (General Counsel) represent the VA in court and serve as legal counsel for said entity. When serving the Secretary of VA, my process server (Harry Ponack) has been advised to make a recording of the service and having an affidation signed stating that the individual accepting service is legally able to do so as a representative of the Secretary of the VA.